FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 10  PM 1:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE CONNER | CIVIL ACTION |
| VERSUS | NO. 06-1650 |
| MARLIN GUSMAN, SHERIFF, SPECIAL INVESTIGATION DEPARTMENT (SID) TIER DEPUTIES | SECTION "N"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Tyrone Conner's Title 42 U.S.C. § 1983 claims against Sheriff Gusman, the Security Investigation Department, and the unidentified deputies are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**IT IS FURTHER ORDERED** that Conner's brought pursuant to the Louisiana Constitution and state law be **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this _10th_ day of _May_, 2007.

_____
UNITED STATES DISTRICT JUDGE